# Third District Court of Appeal
## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2262
Lower Tribunal No. 18-20525
_____

## George Schell, et al.,
Appellants,

vs.

## Universal North America Insurance Company, f/k/a Universal Insurance Company of North America,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Alexander Appellate Law P.A., and Samuel Alexander (DeLand), for appellants.

Galloway, Johnson, Tompkins, Burr & Smith, PLC, and David T. Burr (Tampa), for appellee.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.